1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DAVID J. SILBERT - #173128
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Defendants
   CYRIL V. SMITH and
6  ZUCKERMAN SPAEDER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BENJAMIN LYNCH, | Case No. C 08-00728 JF |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| CYRIL V. SMITH and ZUCKERMAN SPAEDER LLP, | |
| Defendants. | |

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 1, 2008, I served the following document(s):

- Notice from Office of the Clerk regarding filing procedures;

- Criminal and Civil Law and Motion/Trial/Settlement/Case Management/Dismissal/Hearing Schedules;

- Drop Box Filing Procedures;

- Standing Order for All Judges of the Northern District of California; Contents of Joint Case Management Statement;

- Order Setting Initial Case Management Conference and ADR Deadlines;

- Standing Order Regarding Case Management in Civil Cases;

- Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and

- ECF Registration Information Handout

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Nationwide Legal, Inc., whose address is 1255 Post Street, San Francisco, CA 94109, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

William Gwire, Esq.
Gwire Law Offices
235 Pine Street, Suite 1100
San Francisco, CA 94104

Executed on February 1, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Arlene A. Picar*
ARLENE A. PICAR