1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DAVID J. SILBERT - #173128
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Defendants
   CYRIL V. SMITH and
6  ZUCKERMAN SPAEDER LLP

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 BENJAMIN LYNCH,                          Case No. C 08-00728 JF

13                      Plaintiff,          **STIPULATION EXTENDING TIME TO
                                            ANSWER OR OTHERWISE RESPOND
   v.                                       UNTIL FEBRUARY 12, 2008**
14                                          (Civil L.R. 6-1(a))
   CYRIL V. SMITH and ZUCKERMAN
15 SPAEDER LLP,

16                      Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

410557.01

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND
CASE NO. C 08-00728 JF

1  WHEREAS, plaintiff Benjamin Lynch filed this action in Santa Clara County Superior Court on or about October 15, 2007, Case No. 107CV096494, and filed a "First Amended Complaint" on or about October 18, 2007; and

WHEREAS, defendant Cyril V. Smith was served with the First Amended Complaint on January 3, 2008, and defendant Zuckerman Spaeder, LLP ("ZS") was served with the First Amended Complaint on January 12, 2008; and

WHEREAS, defendants ZS and Smith removed the action to this Court on January 31, 2008; and the Court has set an initial Case Management Conference on May 30, 2008; and

WHEREAS, under Fed. R. Civ. P. 81(c), defendants' answer or other response to the First Amended Complaint would be due on February 7, 2008, but the parties have agreed to extend that date until February 12, 2008, and this extension will not alter the date of any event or any deadline set by the Court;

IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that defendants ZS and Smith shall have until February 12, 2008 to answer or otherwise respond to the First Amended Complaint.

Dated: February 4, 2008

KEKER & VAN NEST, LLP

By: David J. Silbert
ELLIOT R. PETERS
DAVID J. SILBERT
Attorneys for Defendants
CYRIL V. SMITH AND
ZUCKERMAN SPAEDER

Dated: February 4, 2008

GWIRE LAW OFFICES

By: William Gwire
WILLIAM GWIRE
Attorneys for Plaintiff
BENJAMIN LYNCH