1  WILLIAM GWIRE, ESQ., SBN 59451
   GWIRE LAW OFFICES
2  235 Pine Street, Suite 1100
   San Francisco, California 94104
3  TEL:  (415) 296-8880
4  FAX:  (415) 296-8029

5  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN LYNCH, an individual,  )<br>            PLAINTIFF,   )<br>                          )<br>                          )<br>        v.                )<br>                          )<br>                          )<br>CYRIL V. SMITH, an individual;    )<br>ZUCKERMAN SPAEDER LLP, a Limited  )<br>Liability Partnership; Does 1-10   )<br>                          )<br>            DEFENDANTS.   )<br>_____   ) | No. C-08-00728-JF<br><br><br><br>**DEMAND FOR JURY TRIAL** |

   Plaintiff hereby demands a trial by jury.


Dated: February 5, 2008                    GWIRE LAW OFFICES



                                           _____
                                           BY: WILLIAM GWIRE, ESQ.
                                           Attorney for Plaintiff

**COMPLAINT AND DEMAND FOR JURY TRIAL**