1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DAVID J. SILBERT - #173128
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Defendants
   CYRIL V. SMITH and
6  ZUCKERMAN SPAEDER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN LYNCH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CYRIL V. SMITH and ZUCKERMAN SPAEDER LLP,<br><br>　　　　　Defendants. | Case No. C 08-00728 JF<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 12, 2008, I served the following document(s):

- **NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE TO TRANSFER VENUE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

- **DECLARATION OF CYRIL V. SMITH; and**

- **PROOF OF SERVICE**

by **ELECTRONICALLY POSTING** to the ECF website of the United States District Court for the Northern District of California. The Court performed service electronically on all ECF-registered entities in this matter.

William Gwire, Esq.
Gwire Law Offices
235 Pine Street, Suite 1100
San Francisco, CA 94104

Executed on February 12, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*[signature]*

ARLENE A. PICAR