KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DAVID J. SILBERT - #173128
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
CYRIL V. SMITH and ZUCKERMAN SPAEDER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN LYNCH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CYRIL V. SMITH and ZUCKERMAN SPAEDER LLP,<br><br>　　　　　　Defendants. | Case No. C 08 00728 JF RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE**<br><br>Date:　　Friday, May 2, 2008<br>Time:　　9:00 a.m.<br>Dept:　　3, 5th Floor<br>Judge:　Hon. Jeremy Fogel<br><br>Date Comp. Filed:　　October 18, 2007<br><br>Trial Date: None set. |

# STIPULATION

WHEREAS, the parties in this case are currently discussing settlement; and

WHEREAS, defendants' motion to dismiss is set for hearing on May 2, 2008, with plaintiff's opposition due on April 11, 2008 and defendants' reply due on April 18, 2008; and

WHEREAS, the parties desire to continue the briefing schedule by one week, and believe that doing so will enable them to reach a settlement that will result in dismissal of this action before the scheduled May 2 hearing;

IT IS HEREBY STIPULATED that plaintiff may file his opposition on April 18, 2008 and defendants may file their reply on April 25, 2008.

Dated: April 10, 2008

KEKER & VAN NEST, LLP

By: _____s/David J. Silbert_____
DAVID J. SILBERT
Attorneys for Defendants
CYRIL V. SMITH and ZUCKERMAN SPAEDER LLP

Dated: April 10, 2008

GWIRE LAW OFFICES

By: _____s/Willliam Gwire_____
WILLIAM GWIRE
Attorneys for Plaintiff
BENJAMIN LYNCH

# [PROPOSED] ORDER

IT IS SO ORDERED.

Dated:

_____
HONORABLE JEREMY FOGEL
United States District Judge

---

1

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
CASE NO. C 08 00728 JF RS

415154.01