William Gwire, Esq. (059451)
GWIRE LAW OFFICES
235 Pine Street, Suite 1100
San Francisco, CA 94104

Telephone: (415) 296-8880
Facsimile: (415) 296-8029

Attorney for Plaintiff, BENJAMIN LYNCH

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN LYNCH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CYRIL V. SMITH, an individual;<br>ZUCKERMAN SPAEDER, LLP, a Limited<br>Liability Partnership; Does 1-10,<br><br>Defendant. | Case No. 08-cv-00728-JF<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Date Complaint Filed: October 15, 2007<br><br>Trial Date: None set |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff BENJAMIN LYNCH voluntarily dismisses the above-captioned action in its entirety with prejudice. Each party is to bear its own fees and costs.

DATED: 4/17/08

GWIRE LAW OFFICES

By: _____
Bruce Glassner, Esq.
Attorney for Plaintiff, Benjamin Lynch

GWIRE LAW OFFICES
235 Pine Street Suite 1100
San Francisco, CA 94104
Telephone (415) 296-8880
Facsimile (415) 296-8029

-1-
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, *Lynch v. Smith*, Case No. 08-cv-00728-JF